UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EDDY MOMPLAISIR,                                    :
                         Plaintiff Pro Se,     :

              -against-                                  :

NEW YORK CITY DEPT. OF                              :
CORRECTIONS, DEPUTY TINDAL,
DEPUTY BARRETT, CAPTAIN JOHN,                       :
CAPTAIN RAKESTRAW, CAPTAIN
ZOUHBI, CAPTAIN MCFARELANE, C.O.                    :
LATTIMORE, C.O. ATTMORE, C.O.
GOODMAN,                                            :

                         Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 7001 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

       The pre-trial conference is adjourned to November 30, 2007 at 11:30 a.m.

Dated:     September 26, 2007
             New York, New York

SO ORDERED:

_____
           WILLIAM H. PAULEY III
                 U.S.D.J.

*Copy mailed to:*

Eddy Momplaisir
349-06-00283
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370
*Plaintiff Pro Se*