USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EDDY MOMPLAISIR,                              :

                          Plaintiff Pro Se,   :        07 Civ. 7001 (WHP)

        -against-                             :        ORDER

NEW YORK CITY DEPT. OF                        :
CORRECTIONS, DEPUTY TINDAL,
DEPUTY BARRETT, CAPTAIN JOHN,                 :
CAPTAIN RAKESTRAW, CAPTAIN
ZOUHBI, CAPTAIN MCFARELANE, C.O.              :
LATTIMORE, C.O. ATTMORE, C.O.
GOODMAN,                                      :

                          Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        By letter received October 11, 2007, Plaintiff requests the Court to grant in forma

pauperis status and extend the time to serve process. Plaintiff's application is denied.

Dated:     October 23, 2007
           New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

Copy mailed to:

Eddy Momplaisir
No. 349-06-00283
Manhattan House of Detention
125 White Street
New York, NY 10013
Plaintiff Pro Se

-3-