UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EDDY MOMPLAISIR,                           :

             Plaintiff Pro Se,    :    07 Civ. 7001 (WHP)

    -against-                                  :    ORDER

NEW YORK CITY DEPT. OF                     :
CORRECTIONS, DEPUTY TINDAL,
DEPUTY BARRETT, CAPTAIN JOHN,              :
CAPTAIN RAKESTRAW, CAPTAIN
ZOUHBI, CAPTAIN MCFARELANE, C.O.           :
LATTIMORE, C.O. ATTMORE, C.O.
GOODMAN,                                   :

             Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Plaintiff has failed to serve any of the Defendants with copies of the summons and complaint. The initial pre-trial conference currently scheduled for November 30, 2007 is adjourned to March 7, 2008 at 10:30 a.m. Plaintiff is directed to serve each of the Defendants by February 15, 2008, or this action will be subject to dismissal for failure to prosecute.

Dated:    November 26, 2007
            New York, New York

                             SO ORDERED:

                             WILLIAM H. PAULEY III
                                  U.S.D.J.

*Copy mailed to:*

Eddy Momplaisir
No. 349-06-00283
Manhattan House of Detention
125 White Street
New York, NY 10013
*Plaintiff Pro Se*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07