```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EDDY MOMPLAISIR,                              :

                         Plaintiff Pro Se,   :

      -against-                          :

NEW YORK CITY DEPT. OF                        :
CORRECTIONS, DEPUTY TINDAL,
DEPUTY BARRETT, CAPTAIN JOHN,                 :
CAPTAIN RAKESTRAW, CAPTAIN
ZOUHBI, CAPTAIN MCFARELANE, C.O.              :
LATTIMORE, C.O. ATTMORE, C.O.
GOODMAN,                                      :

                           Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 7001 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        Plaintiff has failed to serve any of the Defendants with copies of the summons and complaint. The initial pre-trial conference currently scheduled for March 7, 2007 is adjourned to April 18, 2008 at 10:30 a.m. Plaintiff is directed to serve each of the Defendants by April 1, 2008, or this action will be subject to dismissal for failure to prosecute.

Dated:    February 20, 2008
            New York, New York

                                                   SO ORDERED:

                                               WILLIAM H. PAULEY III
                                                     U.S.D.J.

*Copy mailed to:*

Eddy Momplaisir
No. 349-06-00283
Manhattan House of Detention
125 White Street
New York, NY 10013
*Plaintiff Pro Se*