```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
EDDY MOMPLAISIR,                          :

               Plaintiff Pro Se,   :

        -against-                        :

NEW YORK CITY DEPT. OF                     :
CORRECTIONS, DEPUTY TINDAL,
DEPUTY BARRETT, CAPTAIN JOHN,              :
CAPTAIN RAKESTRAW, CAPTAIN
ZOUHBI, CAPTAIN MCFARELANE, C.O.           :
LATTIMORE, C.O. ATTMORE, C.O.
GOODMAN,                                   :

              Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 7001 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

      The initial pre-trial conference is adjourned to May 2, 2008 at 12:00 p.m.

Dated:    April 17, 2008
         New York, New York

                      SO ORDERED:

                            WILLIAM H. PAULEY III
                              U.S.D.J.

*Copies mailed to:*

Eddy Momplaisir
DIN No. 08A0009
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562-5442
*Plaintiff Pro Se*

Toni Lynn Gantz, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*