Fax:    May 1 2008 09:29am P002/002

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

RECEIVED
MAY - 1 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

TONI GANTZ
phone: (212) 788-0908
fax: (212) 788-0877
email: tgantz@law.nyc.gov

May 1, 2008

**BY FACSIMILE**

**MEMO ENDORSED**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

   Re:   Momplaisir v. N.Y. City Dep't of Corr., *et al.*, 07 Civ. 7001

Dear Judge Pauley:

   I write to report that the parties have reached agreement on the settlement of plaintiff's claims in the above-referenced matter. The parties are in the process of preparing the settlement documents, which I anticipate will be finalized and submitted to the Court within the next few weeks.

   In view of this, I respectfully request, on behalf of both parties, that the initial conference scheduled in this action for tomorrow, May 2, 2008 at 12:00 p.m. be adjourned.

   Thank you for your consideration of this request.

*Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5/1/08

Respectfully submitted,

Toni Gantz
Assistant Corporation Counsel

cc:   BY MAIL
      Eddy Momplaisir